**BUCKEYE UNION CASUALTY COMPANY (New Defendant and Third Party Plaintiff), Appellant, v. Pat J. RANALLO (Plaintiff), Appellee, and United States Fidelity & Guaranty Company (Third Party Defendant), Appellee.**

No. 9312.

Circuit Court of Appeals, Sixth Circuit.

April 14, 1943.

Alex Dombey, of Columbus, Ohio, and William M. Byrnes, of Cleveland, Ohio, for appellant.

Paul P. Sogg, of Cleveland, Ohio, and C. M. Horn and McKeehan, Merrick, Arter & Stewart, all of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

922

PER CURIAM.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel; upon consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed January 15, 1942, 49 F.Supp. 920.